DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARTELLISH CARTEZ HALE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0217

_____

October 29, 2025

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Blair Allen, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.